AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| DAVID KUSHNER | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DAVID KUSHNER

Date:  03/15/2021

*Attorney's signature*

FRANK AGOSTINO 005921987
*Printed name and bar number*

14 WASHINGTON PLACE HACKENSACK,
NEWJERSEY 07601
*Address*

fagostino@agostinolaw.com
*E-mail address*

(201) 488-5400
*Telephone number*

(201) 488-5855
*FAX number*