AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of __New Jersey__

| | |
|---|---|
| ~~UNITED STATES OF AMERICA~~<br>*Plaintiff*<br>v.<br>~~DAVID KUSHNER~~<br>*Defendant* | )<br>)<br>)  Case No. 21-CR-191 (KM)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

~~DAVID KUSHNER~~

Date: __MARCH 15, 2021__

*Attorney's signature*

__JEFFREY DIRMANN 029232010__
*Printed name and bar number*
14 Washington Place Hackensack, New Jersey 07601

*Address*

jdirmann@agostinolaw.com
*E-mail address*

201-488-5400
*Telephone number*

201-488-5855
*FAX number*