# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | 2:21-cr-00191-KM |
| | : | |
| | : | Criminal Action |
| vs. | : | |
| | : | |
| DAVID KUSHNER | : | Electronically Filed |
| | : | |
| Defendant. | : | |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Jeffrey Dirmann, Esq., counsel to David Kushner in the above-captioned matter, shall move before the Honorable Kevin McNulty, U.S.D.J., at the Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey at a date and time to be set by the Court, for an order granting permission to withdraw as counsel to David Kushner.

In support of this request, counsel will rely upon the declaration of Frank Agostino, Esq. submitted simultaneously herewith.

Dated: December 17, 2021                               _____s/ Jeffrey Dirmann_____
                                                                                     Agostino & Associates, P.C.
                                                                                      14 Washington Place
                                                                                      Hackensack, New Jersey 07601
                                                                                      (201) 488-5400
                                                                                      Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Withdraw as Counsel and Supporting Declaration was filed via ECF in the United States District Court for the District of New Jersey and, accordingly, that notice of this filing was served via regular and electronic mail on Mr. Kushner.

Dated: December 17, 2021

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | 2:21-cr-00191-KM |
| | : | |
| | : | Criminal Action |
| vs. | : | |
| | : | |
| DAVID KUSHNER | : | Electronically Filed |
| | : | |
| Defendant. | : | |

**DECLARATION OF COUNSEL**

Jeffrey Dirmann, Esq., of full age and being duly sworn, hereby declares under penalty of perjury:

1. I am an attorney at law in the State of New Jersey at the law firm of Agostino & Associates, P.C. I am counsel to David Kushner and have been so since October 10, 2017. I am personally familiar with the facts of this case and the facts contained in this Declaration. I make this Declaration in the knowledge that the Court may rely upon it in determining whether to permit my withdrawal as counsel to Mr. Kushner.

2. On March 15, 2021, I entered an appearance as counsel to Mr. Kushner in this matter. I have previously entered into a fee arrangement with Mr. Kushner for representation in this matter.

3. To date, Mr. Kushner has not been able to meet the obligations of the fee agreement and there is no reasonable expectation that he will be able to do so.

4. Representation of Mr. Kushner has required and will continue to require counsel and his firm to expend his own funds for disbursements and costs related to preparation and trial.

5. It would be a significant financial hardship for me and my firm to continue to represent Mr. Kushner without any reasonable expectation of payment. Thus, I respectfully request that the Court grant me permission to withdraw as counsel to Mr. Kushner.

6. Additionally, I have had significant difficulty communicating with Mr. Kushner and, as such, have significant differences of opinion on how to proceed with his case.

7. In the event that the Court requires me to expound upon these facts, I respectfully request that the Court permit me to provide such further details *ex parte* and *in camera* so as to not to prejudice Mr. Kushner.

The statements contained herein are true to the best of my knowledge. I am aware that if any of the foregoing in knowingly false, I am subject to punishment.

Dated: December 17, 2021                    _____s/ Jeffrey Dirmann_____
                                            Agostino & Associates, P.C.
                                            14 Washington Place
                                            Hackensack, New Jersey 07601
                                            (201) 488-5400
                                            Attorneys for Defendant