# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES of AMERICA : | MAGISTRATE JUDGE: André M. Espinosa |
| : | |
| v.  : | |
| : | CRIMINAL NO.: 21cr191 (KM) |
| DAVID KUSHNER  : | |
| : | DATE OF PROCEEDINGS 4/21/2022 |
| | |
| | DATE OF ARREST: |

PROCEEDINGS:   Hrg. on motion to withdraw

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:    ___ AFPD    ___ CJA
( ) WAIVER OF HRG.:    ___ PRELIM  ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:      ___ GUILTY   ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) FINANCIAL AFFIDAVIT EXECUTED
(x) OTHER: Deft's consent to appear via videoconferencing placed on record.

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED
( ) BAIL SET: _____
_____
( ) TRAVEL RESTRICTED_____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH EVALUATION AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

Motion to withdraw Granted.  Deft. to advise court within 30 days of new counsel.

Govt. to file motion to toll STA, pending new counsel.

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.    DATE: _____
( ) DETENTION / BAIL HRG.              DATE: _____
( ) TRIAL: ( ) COURT   ( ) JURY        DATE: _____
( ) SENTENCING                              DATE: _____
( ) OTHER:                                         DATE: _____

APPEARANCES:

AUSA   Edeli Riveri, Esq.

DEFT. COUNSEL   Franl Agostino & Jeffrey Dirmann

CD No:

*Scott P. Creegan*
DEPUTY CLERK