UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA          :          O R D E R
                                  :
        v.                        :   Case No. 2:21-cr-191(KM)
                                  :
DAVID KUSHNER                     :

This matter having come before the Court on a motion by defendant David Kushner, for withdrawal of attorney's, Frank Agostino & Jeffrey Dirmann, Esqs appearing and Edeli Rivera, Esq. Assistant United States Attorney appearing; and

The court having reviewed DE20 & DE21 and held a hearing on the record via Zoom on 21 April 2022; and

For good cause shown;

It is on this <u>20th</u> day of <u>April</u> 2022 ORDERED that the motion to withdraw filed by Frank Agostino and Jeffrey Dirmann be and is hereby **GRANTED**;

It is further ORDERED that defendant David Kushner is to advise new counsel to enter their appearance no later than 30 days from today's date.

_____
André M. Espinosa, U.S.M.J.